IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLYCOBIOSCIENCES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-1281-APM |
| v. | ) |
| | ) |
| DARA BIOSCIENCES, INC. and | ) |
| HELSINN HEALTHCARE S.A., | ) |
| | ) |
| Defendants. | ) |

**CONSENT JUDGMENT AND DISMISSAL ORDER**

This action for patent infringement (the "Litigation") has been brought by Plaintiffs Glycobiosciences Inc. ("Glycobiosciences") against Defendants DARA BioSciences, Inc. and Helsinn Healthcare S.A. (collectively, "Helsinn") for infringement of United States Patent No. 6,335,035 ("the Glycobiosciences Patent"). Glycobiosciences' commencement of the Litigation was based on the fact that Helsinn manufactures and markets an oral rinse gel under the trade name Gelclair® ("Helsinn's Product").

Helsinn and Glycobiosciences have agreed to enter into a good-faith final settlement agreement regarding this Litigation on the expectation and belief that this would eliminate the substantial litigation costs that would otherwise be incurred by both Helsinn and Glycobiosciences during the Litigation, while also serving the public interest by saving judicial resources and avoiding the risks to each of the parties associated with any purported infringement.

Each of Helsinn and Glycobiosciences acknowledge there is significant risk to each of them associated with the continued prosecution of this Litigation and have consented to entry of this Consent Judgment and Dismissal Order through a final settlement as reflected herein. The

Court, upon the consent and request of Helsinn and Glycobiosciences, hereby acknowledges the following Consent Judgment and, upon due consideration, issues the following Dismissal Order.

Helsinn and Glycobiosciences now consent to this Consent Judgment and Dismissal Order and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Subject matter jurisdiction, personal jurisdiction, and venue are all proper in this Court.

2. In this Litigation, Glycobiosciences has charged Helsinn with infringement of the Glycobiosciences Patent in connection with Helsinn's manufacturing and marketing of Helsinn's Product.

3. In response to Glycobiosciences' charges of patent infringement, Helsinn has alleged certain defenses and counterclaims.  No decision has been obtained by the parties from this Court regarding these charges of infringement or these defenses and counterclaims.

4. All claims, counterclaims, and affirmative defenses presented by Glycobiosciences as between it and Helsinn or by Helsinn in the Litigation are hereby dismissed with prejudice.

5. Helsinn and Glycobiosciences each expressly waives any right to appeal or otherwise move for relief from this Consent Judgment and Dismissal Order.

6. This court retains jurisdiction over Helsinn and Glycobiosciences for purposes of enforcing this Consent Judgment and Dismissal Order.

**IT IS SO STIPULATED**:

By: /s/Jerold Schneider
SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP PLLC
Jerold I. Schneider (D.C. Bar No. 417686)
4651 North Federal Highway
Boca Raton, FL 33431
(561) 404-4350
jerold.schneider@sriplaw.com

*Attorneys for Plaintiff*
*Glycobiosciences Inc.*

By: /s/Bryan H. Parr
PAUL HASTINGS LLP
Bryan H. Parr (D.C. Bar No. 977503)
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1867
bryanparr@paulhastings.com

*Of Counsel*:

Eric W. Dittmann
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Defendants*
*DARA BioSciences, Inc. and Helsinn Healthcare S.A.*

**SO ORDERED:**

This _____ day of _____, 2015

_____

Hon. Amit P. Mehta, U.S.D.J.